No. 408. AMERICAN RAILROAD COMPANY, PETICIONARIO, *v.* CORTE DE DISTRITO DE SAN JUAN, DISTRITO SEGUNDO.—HON. M. RODRÍGUEZ SERRA, JUEZ, DEMANDADO. *Certiorári.* Resuelto en marzo 26, 1923. Por los fundamentos de los casos de *Amy* v. *Aponte*, y *Garcia* v. *Fernández*, resueltos en julio 20, 1922, y febrero 23, 1923, respectivamente, se declara con lugar el recurso y se anula y revoca la resolución dictada tan solo en cuanto aprobó la partida de honorarios de abogado del demandante.

No. 3016. MUÑOZ, APELADA, *v.* GONZÁLEZ ET AL., APELANTES.—Corte de Distrito de San Juan, Distrito Segundo. Cobro de crédito hipotecario. Resuelto en marzo 27, 1923. Examinada la moción de desestimación de la parte apelada y la certificación que a la misma se acompaña, se declara con lugar y se desestima la apelación.

No. 2043. EL PUEBLO, APELADO, *v.* RODRÍGUEZ, APELANTE. —Corte de Distrito de San Juan, Primer Distrito. Acometimiento y agresión grave. Resuelto en abril 3, 1923. No. 2045. EL PUEBLO, APELADO, *v.* CANINO, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Ataque con intención de cometer homicidio. Resuelto en abril 5, 1923. No. 2046. EL PUEBLO, APELADO, *v.* CRUZ Y COLÓN, APELANTE EL PRIMERO.—Corte de Distrito de San Juan, Primer Distrito. Adulteración de leche. Resuelto en abril 9, 1923. No. 2047. EL PUEBLO, APELADO, *v.* OSORIO, APELANTE.— Corte de Distrito de San Juan, Primer Distrito. Acometimiento y agresión grave. Resuelto en abril 9, 1923. No habiendo el apelante en estos casos radicado el alegato que se requiere por el artículo 42 del Reglamento del Tribunal Supremo, se ha resuelto en corte abierta desestimar la apelación.